IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 NOV 23 AM 8:08

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

AUTOZONE TEXAS, L.P.,

    Plaintiff,

V.                                    NO. 04-2581-MaV

DANA CORPORATION, ET AL.,

    Defendants.

ORDER GRANTING PERMISSION TO FILE REPLY

Before the court is defendants' November 9, 2005, unopposed motion to file a reply brief in further support of their motion to dismiss the amended complaint. For good cause shown, the motion is granted and defendants may file their reply brief in the form attached as an exhibit to the motion for permission to file a reply.

It is so ORDERED this 21st day of November, 2005.

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___11-28-05___

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:04-CV-02581 was distributed by fax, mail, or direct printing on November 28, 2005 to the parties listed.

---

C. Barry Ward
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Lisa A. Krupicka
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Jennifer Shorb Hagerman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT